928

No. 00–7915.  DAWSON v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 00–7916.  DUNN v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–7918.  SPEARMAN v. BIRKETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–7920.  SPENCER v. ROBINSON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–7923.  MARKSBERRY v. CONLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–7924.  BAMBURG v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 00–7925.  PHU XUAN BUI v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 00–7928.  THOMPSON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–7934.  CLEWIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–7935.  ESTRADA v. BUREAU OF WORKERS' COMPENSATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–7937.  ARMIJO v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7938.  BROWN v. OKLAHOMA JUVENILE DISTRICT COURT ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 00–7939.  CHURCHWELL v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 00–7941.  COSTLEY v. MARYLAND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–7943.  BANTAM v. CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.